IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Edmonson, Tammy R

Printed:  5/27/08

Case Number:  07 B 05860
Judge:  Wedoff, Eugene R
Filed:  4/2/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed:  April 10, 2008
Confirmed:  June 14, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,470.00 |  |
| Secured: |  | 450.59 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 940.03 |
| Trustee Fee: |  | 79.38 |
| Other Funds: |  | 0.00 |
| Totals: | 1,470.00 | 1,470.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 2,200.00 | 940.03 |
| 2. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 3. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 4. | Greater Suburban Acceptance Co | Secured | 640.60 | 450.59 |
| 5. | Ocwen Federal Bank FSB | Secured | 4,893.44 | 0.00 |
| 6. | Chase Home Finance | Secured | 14,349.26 | 0.00 |
| 7. | RMI/MCSI | Unsecured | 50.00 | 0.00 |
| 8. | Premier Bankcard | Unsecured | 46.55 | 0.00 |
| 9. | Crescent Bank & Trust | Unsecured | 739.51 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 72.25 | 0.00 |
| 11. | Jefferson Capital | Unsecured | 42.46 | 0.00 |
| 12. | Greater Suburban Acceptance Co | Unsecured | 94.85 | 0.00 |
| 13. | Nicor Gas | Unsecured | 61.57 | 0.00 |
| 14. | Collection | Unsecured | | No Claim Filed |
| 15. | Heller & Frisone Ltd | Unsecured | | No Claim Filed |
| 16. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 17. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 18. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 19. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 20. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 21. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 22. | Computer Credit Service Corp | Unsecured | | No Claim Filed |
| 23. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 24. | Nca | Unsecured | | No Claim Filed |
| 25. | Illinois Collection Service | Unsecured | | No Claim Filed |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Edmonson, Tammy R

Printed:  5/27/08

Case Number:  07 B 05860
Judge:  Wedoff, Eugene R
Filed:  4/2/07

| | | | |
|---|---|---|---|
| 26. Van Ru Credit Corporation | Unsecured | | No Claim Filed |
| 27. Professional Account Services | Unsecured | | No Claim Filed |
| 28. State Collection Service | Unsecured | | No Claim Filed |
| 29. RMI/MCSI | Unsecured | | No Claim Filed |
| 30. USA Payday Loans | Unsecured | | No Claim Filed |
| 31. Illinois Collection Service | Unsecured | | No Claim Filed |

_____          _____
$ 23,190.49          $ 1,390.62

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 79.38 |

_____
$ 79.38

Based on the above information, the trustee requests that the court enter an order discharging
the trustee, releasing the trustee's surety from liability for actions relating to the above
proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____